THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 6 OF THE TOWN OF CORTLANDT, Appellant, *v.* THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 7 OF THE TOWN OF CORTLANDT, Respondent.

Reported below, 76 App. Div. 355.
(Argued October 5, 1903; decided October 13, 1903.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 14, 1902, which reversed an order of Special Term overruling a demurrer to the complaint.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*D. S. Herrick* for motion.

*Elbert P. James* opposed.

Motion denied, with ten dollars costs.